

# CULPEPPER IP, LLLC

KERRY S. CULPEPPER *

\* ADMITTED TO PRACTICE IN VIRGINIA, HAWAI'I
  AND BEFORE THE USPTO

ATTORNEY AT LAW

75-170 HUALALAI ROAD, SUITE B204
KAILUA-KONA, HI 96740

TEL: (808) 464-4047
FAX: (202) 204-5181

WWW.CULPEPPERIP.COM
─────────
PATENTS, TRADEMARKS & COPYRIGHTS

September 6, 2019
**VIA FIRST CLASS MAIL**

Copyright Agent, Justin Paine
Cloudflare
101 Townsend Street
Legal Department
San Francisco, CA 94107

Re: Copyright Claim of allegation of contributory copyright infringement on websites registered or affiliated with Cloudflare

Dear Sirs:

<u>An physical or electronic signature of the copyright owner, or a person authorized to act on behalf of the owner, of an exclusive copyright that has allegedly been infringed.</u>

Kerry S. Culpepper authorized to act on behalf of owners <u>HB Productions, Inc.</u>

/Kerry S. Culpepper/

<u>Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works on that site.</u>

Infringement of the motion picture **Hellboy** is induced by (1) the link to download the movie piracy app "Cotomovies" at the websites:

appvalley.vip

app-valley.vip

<u>Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit cloudflare.com to locate the material.</u>

(1) the link to download the cotomovies app at the websites:

appvalley.vip at IP Address 104.24.2.5

app-valley.vip at IP Address 172.64.170.30

Exhibit "1"

Page 2

Information reasonably sufficient to permit cloudflare.com to contact the Complaining Party, such as an address, telephone number, and, if available, an electronic mail address at which the Complaining Party may be contacted.

Kerry S. Culpepper, Esq.,

Culpepper IP, LLLC,

75-170 Hualalai Road,

Suite B204,

Kailua-Kona, Hawaii 96740

US Tel 1-808-464-4047

[kculpepper@culpepperip.com](mailto:kculpepper@culpepperip.com)

<u>A statement that the Complaining Party has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.</u>

I, have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

<u>A statement that the information in the notification is accurate, and under penalty of perjury, that the Complaining Party is the owner, or is authorized to act on behalf of the owner, of an exclusive right that is allegedly infringed.</u>

The information in the notification is accurate, and under penalty of perjury, I am authorized to act on behalf of the owners, <u>HB Productions, Inc</u> of an exclusive right that is allegedly infringed.

Sincerely,
/ksc/

Kerry S. Culpepper